# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BENITO SANTIAGO,**

          **Plaintiff,**

**v.**                                 **Case No:  6:12-cv-577-Orl-22DAB**

**GEORGE M. EVANS and BENNYBETH**
**& J JRS EXPRESS,**

          **Defendants.**

_____

## ORDER

This cause is before the Court on Plaintiff, Benito Santiago's Motion for Award of Reasonable Attorneys' Fees Against Claimant, George M. Evans (Doc. No. 109) filed on December 14, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed January 22, 2013 (Doc. No. 127), is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Plaintiff, Benito Santiago's Motion for Award of Reasonable Attorneys' Fees Against Claimant, George M. Evans is hereby DENIED.

**DONE** and **ORDERED** in Orlando, Florida on February 6, 2013.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties